**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

|                          |     |                          |
|--------------------------|-----|--------------------------|
| Evelyn Dickey,           | )   |                          |
|     **Plaintiff,** | )   |                          |
|                          | )   |                          |
| v.                       | )   | **Civil Action No.**     |
|                          | )   | **11-5065-CV-SW-JTM**    |
| Michael J. Astrue,       | )   |                          |
|                          | )   |                          |
|     **Defendant.** | )   |                          |
|                          | )   |                          |

## O R D E R

On Friday, August 31, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed December 30, 2011, [Doc. 9] and the *Brief For Defendant*, filed March 13, 2012, [Doc. 14] as well as the *Plaintiff's Social Security Brief*, filed April 6, 2012 [Doc. 15]. After due consideration of the issues presented and for the reasons set forth by the Court at the conclusion of the August 31, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


         */s/ John T. Maughmer*
         **JOHN T. MAUGHMER**
         **U. S. MAGISTRATE JUDGE**